In the Matter of the Transfer Tax upon the Estate of ROBERT D. WINTHROP, Deceased.

FREDERIC WINTHROP, Individually and as Executor, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Winthrop,* 164 App. Div. 898, affirmed.
(Argued April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered July 31, 1914, which affirmed an order of the Nassau County Surrogate's Court assessing a transfer tax upon the estate of Robert D. Winthrop, deceased. The question involved was whether, for the purpose of fixing the graduated rates of the tax, property over which the decedent had power of appointment is to be added to the individual property, and a tax assessed upon the two funds as if one.

*Francis Smyth* for appellant.

*Jeremiah Wood* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.